# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

Jhovany Hernandez Tovar et al. )
*Plaintiff* )
v. ) Case No. 3:17-cv-86
Scott Jenkins, Sheriff of Culpeper County, VA )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 05/02/2018

/s/ Nicholas Cooper Marritz
*Attorney's signature*

Nicholas Cooper Marritz
*Printed name and bar number*
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041

*Address*

nicholas@justice4all.org
*E-mail address*

(703) 720-5607
*Telephone number*

(703) 778-3454
*FAX number*