# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

JHOVANY HERNANDEZ TOVAR

*Plaintiff*

      v.

SCOTT JENKINS, Culpeper County Sheriff

    *Defendant*.

JURY TRIAL DEMANDED

Case No.: 3:17CV00086

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff Jhovany Hernandez Tovar, by counsel, hereby dismisses the above captioned action, without prejudice, pursuant to Fed R. Civ. P. (a)(1)(A)(i) and Fed R. Civ. P. (a)(1)(B). Plaintiff dismisses this case prior to defendant being served the initial complaint. As such, defendant has not filed an answer or a motion for summary judgment.

WHEREFORE, plaintiff requests that this matter be dismissed without prejudice.

Respectfully submitted,

By:        //s//              Date: 05/09/2018

Sophia Gregg (VSB No.: 91582)
*sophia@justice4all.org*
Nicholas Marritz (VSB No.: 89795)
*nicholas@justice4all.org*
Simon Y. Sandoval-Moshenberg (VSB No.: 77110)
*simon@justice4all.org*
Rachel Nadas (VSB No.: 89440)
*rnadas@justice4all.org*
LEGAL AID JUSTICE CENTER

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 778-3450 / fax (703) 778-3454
*Attorneys for Plaintiff*

2

## Certificate of Service

I, Sophia Leticia Gregg, counsel for plaintiff, hereby certify that on this date, a copy of

the foregoing Notice of Dismissal was uploaded to the court's CM/ECF system, which will cause

a copy to be forwarded to all counsel of record.

Respectfully submitted,

By:_____//s//_____        Date: 05/09/2018

    Sophia Gregg (VSB No.: 91582)
    *sophia@justice4all.org*
    Nicholas Marritz (VSB No.: 89795)
    *nicholas@justice4all.org*
    Simon Y. Sandoval-Moshenberg (VSB No.: 77110)
    *simon@justice4all.org*
    Rachel Nadas (VSB No.: 89440)
    *rnadas@justice4all.org*
    LEGAL AID JUSTICE CENTER
    6066 Leesburg Pike, Suite 520
    Falls Church, VA 22041
    (703) 778-3450 / fax (703) 778-3454
    *Attorneys for Plaintiff*